## PATRICK KELLY *v.* STOP AND SHOP COMPANIES, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 47 Conn. App. 923 (AC 17110), is denied.

MCDONALD, J., did not participate in the consideration or decision of this petition.

*William J. Ward,* in support of the petition.

*Dion W. Moore* and *Suzannah K. Nigro,* in opposition.

Decided February 18, 1998

## PEOPLE'S BANK *v.* DELACEY MANER ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 17627) is denied.

*Max F. Brunswick,* in support of the petition.

*Heidi Clark,* in opposition.

Decided February 18, 1998